UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SOUTHERN SPECIALTY INVESTMENTS, LLC | CIVIL ACTION |
| VERSUS | NO: 23-6546 |
| ATLANTIC CASUALTY INSURANCE COMPANY | SECTION: T (2) |

## ORDER OF DISMISSAL

The Court, having been advised by counsel for Plaintiff Southern Specialty Investments, LLC that Plaintiff Southern Specialty Investments, LLC and Defendant Atlantic Casualty Insurance Company have agreed in principle to settle the disputes between them in the above-captioned matter, hereby orders as follows:

**IT IS ORDERED** that this action is hereby dismissed without costs, but without prejudice to the right upon good cause shown, to reopen or to seek summary judgment enforcing the compromise if settlement is not consummated within sixty (60) days. During this sixty-day period, the Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties. *See* Fed. R. Civ. P. 41(a)(2); *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, this 23rd day of September 2024.

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE