UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SOUTHERN SPECIALTY INVESTMENTS, LLC** | * CIVIL ACTION NO.: 23-cv-6546 <br> * <br> * **JUDGE GREG GERARD GUIDRY** |
| **VERSUS** | * <br> * **MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT** |
| **ATLANTIC CASUALTY INSURANCE COMPANY** | * <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**JOINT MOTION TO DISMISS**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Southern Specialty Investments, LLC and Defendant, Atlantic Casualty Insurance Company ("ACIC"), who hereby move to dismiss all of Plaintiff's claims against ACIC with prejudice, with each party to bear their own costs.

Respectfully submitted,

*/s/ Hailey E. Lyonnais*

**NICHOLAS P. ARNOLD – #31602**
narnold@bluewilliams.com
**HAILEY E. LYONNAIS-- #39399**
hlyonnais@bluewilliams.com
**BLUE WILLIAMS, LLC**
3421 N. Causeway Boulevard, Suite 900
Metairie, Louisiana 70002
Telephone: (504) 831-4091
Facsimile: (504) 837-1182
**Attorneys for Defendant, Atlantic Casualty Insurance Company**

**AND**

2

/s/ Frank Ippolito
_____
**FRANK D. IPPOLITO - #23611**
ketrylawfirm@gmail.com
**LAW OFFICES OF FRANK D. IPPOLITO**
700 W Judge Perez Dr., Ste. 101
Chalmette, LA 70044
Phone: (504) 276-5500
**Attorney for Plaintiff**

4332948 v1